**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Arnulfo QUINTERO, Defendant–Appellant.**

No. 05–40673.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Feb. 23, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Timothy William Crooks, Assistant Federal Public Defender, Marjorie A. Meyers, Federal Public Defender, Houston, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Pursuant to a written agreement, Arnulfo Quintero pleaded guilty to possession of more than five kilograms of cocaine with intent to distribute and unlawful use of a firearm during the commission of a drug trafficking crime. Quintero argues for the first time on appeal that the district court abused its discretion when it imposed a condition of supervised release that requires him to cooperate in the collection of his DNA. This claim is not ripe for review. *See United States v. Riascos–Cuenu*, 428 F.3d 1100, 1100–01 (5th Cir.2005), *petition for cert. filed* (Jan. 9, 2006) (No. 05–8662). Therefore, this court lacks jurisdiction to review this claim, and this portion of the appeal is dismissed.

Quintero argues for the first time on appeal that his conviction for possession of more than five kilograms of cocaine with intent to distribute should be reversed because 21 U.S.C. § 841 is unconstitutional under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). This issue is foreclosed, as Quintero concedes, by *United States v. Slaughter,*

238 F.3d 580, 582 (5th Cir.2000). Quintero's conviction is affirmed.

JUDGMENT AFFIRMED; APPEAL DISMISSED IN PART.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.